Helen Marie GATELY *v.* STATE of Arkansas

CR 04-583                                        187 S.W.3d 856

Supreme Court of Arkansas
Opinion delivered June 10, 2004

*Law Offices of John R. VanWinkle, P.A.*, by: *John R. VanWinkle*, for appellant.

No response.

PER CURIAM. Helen Marie Gately, by and through her attorney, has filed a motion for a rule on the clerk.

■ Her attorney, John R. VanWinkle, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.